UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

tmS

2003 OCT 15  P 12: 25

| | |
|---|---|
| CHRISTOPHER L. BAKOWSKI, | : Case No.: CIVIL NO. 3:02cv739 (SRU) |
| Plaintiff, | : |
| vs. | : |
| EDWARD E. HUNT, ET AL., | : |
| Defendants | : October 14, 2003 |

### REQUEST FOR LEAVE TO AMEND COMPLAINT

On September 15, 2003, the plaintiff, who appears *pro se* in this matter, attended (via telephone) a motions proceeding in the above-captioned matter. Pursuant to discussions with the Court at said proceeding, the plaintiff now moves the Court to allow the filing of an amended complaint.

Respectfully submitted,

*[signature]*

CHRISTOPHER L. BAKOWSKI, PRO SE
335 ROCKY RAPIDS ROAD
STAMFORD, CT 06903

-1-

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the within and foregoing was mailed, postage prepaid, via first-class mail this 14th day of October, 2003 to:

William M. Brown, Jr.
Assistant United States Attorney
157 Church Street
New Haven, CT 06510

*[signature]*
CHRISTOPHER L. BAKOWSKI