UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER L. BAKOWSKI, | : | Case No.: CIVIL NO. 3:02cv739 (SRU) |
| Plaintiff, | : | |
| vs. | : | |
| EDWARD E. HUNT, ET AL., | : | |
| Defendants | : | October 15, 2003 |

### REQUEST FOR LEAVE TO AMEND COMPLAINT - SECOND

On September 15, 2003, the plaintiff, who appears *pro se* in this matter, attended (via telephone) a motions proceeding in the above-captioned matter. Pursuant to discussions with the Court at said proceeding, the plaintiff, on October 14, 2003, submitted a motion to amend the original complaint ("First"). The plaintiff now requests leave to submit a second amended complaint, which supercedes the First. This second amended complaint is also being filed within the 30-day limit set forth by the Court on September 15, 2003. This second amended complaint is a more appropriate submission then the First, which was hurried by the plaintiff to meet the Court's October 15, 2003 deadline. The paragraphs are more orderly, they are more appropriately numbered, and the impassioned language in certain paragraphs has been appropriately tempered.

Respectfully submitted,

CHRISTOPHER L. BAKOWSKI, PRO SE
335 ROCKY RAPIDS ROAD
STAMFORD, CT 06903

-1-

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the within and foregoing was mailed, postage prepaid, via first-class mail this 15th day of October, 2003 to:

William M. Brown, Jr.

Assistant United States Attorney

157 Church Street

New Haven, CT 06510

_____
CHRISTOPHER L. BAKOWSKI