UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CHRISTOPHER L. BAKOWSKI,     : Case No.: CIVIL NO. 3:02cv739 (SRU)

    Plaintiff,  :

vs.  :

EDWARD E. HUNT, ET AL.,  :

    Defendants  : October 15, 2003

### REQUEST FOR LEAVE TO AMEND COMPLAINT - SECOND

On September 15, 2003, the plaintiff, who appears *pro se* in this matter, attended (via telephone) a motions proceeding in the above-captioned matter. Pursuant to discussions with the Court at said proceeding, the plaintiff, on October 14, 2003, submitted a motion to amend the original complaint ("First"). The plaintiff now requests leave to submit a second amended complaint, which supercedes the First. This second amended complaint is also being filed within the 30-day limit set forth by the Court on September 15, 2003. This second amended complaint is a more appropriate submission then the First, which was hurried by the plaintiff to meet the Court's October 15, 2003 deadline. The paragraphs are more orderly, they are more appropriately numbered, and the impassioned language in certain paragraphs has been appropriately tempered.

                                          Respectfully submitted,

                                          CHRISTOPHER L. BAKOWSKI, PRO SE
                                          335 ROCKY RAPIDS ROAD
                                          STAMFORD, CT 06903

*Handwritten annotations in margins:*
- "32"
- "02cv739 Second Cmp Court Seal and cmp sec FILED"
- "tms 2003 OCT 15 A 11:27"
- "FILED 2003 OCT 31 A 9:38 US DIST COURT"
- "Filing: Mot 10/30/03"
- "Granted. The clerk shall docket the Second Amended Complaint. So ordered. /s/"