UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Christopher Bakowski, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:02CV739(SRU) |
| ) | |
| Lieutenant Colonel Edward E. Hunt, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | November 17, 2003 |

## DEFENDANTS' MOTION TO DISMISS

For the reasons set forth in the accompanying memorandum of law, the defendants move to dismiss the second amended complaint pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6).

WHEREFORE, the defendants move that their motion be granted in its entirety and that the second amended complaint be dismissed with prejudice.

> Respectfully submitted,
>
> KEVIN J. O'CONNOR
> UNITED STATES ATTORNEY
>
> _____
> WILLIAM M. BROWN, JR. (ct20813)
> Assistant United States Attorney
> 157 Church Street
> P.O. Box 1824
> New Haven, CT 06508
> (203) 821-3700

**CERTIFICATION OF SERVICE**

    I certify that a copy of the foregoing was mailed first-class, postage prepaid, on this 17th day of November, 2003, to:

Mr. Christopher Bakowski
335 Rocky Rapids Road
Stamford, CT 06903

                                              _____
                                              WILLIAM M. BROWN, JR.
                                              ASSISTANT UNITED STATES ATTORNEY