UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Christopher Bakowski, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:02CV739(SRU) |
| ) | |
| Lieutenant Colonel Edward E. Hunt, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | December 23, 2003 |

**NOTICE OF MANUAL FILING**

Please take notice that the Defendants have manually filed Attachments A through C filed in support of the Defendants' Reply Brief in Support of Motion to Dismiss Second Amended Complaint. These documents have not been filed electronically because the electronic file size of these document does not fit on one disk.

These documents have been manually served on the plaintiff.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____
WILLIAM M. BROWN, JR. (ct20813)
Assistant United States Attorney
157 Church Street
P.O. Box 1824
New Haven, CT 06508
(203) 821-3700

## CERTIFICATION OF SERVICE

I certify that a copy of the foregoing was mailed first-class, postage prepaid, on this 23rd day of December, 2003, to:

Mr. Christopher Bakowski
335 Rocky Rapids Road
Stamford, CT 06903

_____
WILLIAM M. BROWN, JR.
ASSISTANT UNITED STATES ATTORNEY