UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Christopher Bakowski,

        Plaintiff,

v.               :   CIVIL NO. 3:02CV739 (SRU)

Lt. Col. Edward E. Hunt, et al.,

        Defendants.

             :   December 25, 2003


**PLAINTIFF'S SUR-REPLY
MEMORANDUM IN OPPOSITION TO DEFENDANTS'
REPLY BRIEF IN SUPPORT OF
MOTION TO DISMISS SECOND AMENDED COMPLAINT**

**I.  INTRODUCTION**

  The plaintiff, Christopher Bakowski, respectfully submits this Sur-Reply Memorandum

in Opposition to the defendants' Reply Brief in Support of Motion to Dismiss Second Amended

Complaint ("Reply"), dated December 23, 2003.


**II.  ARGUMENT**

  A.  **Defendants Rely on Incorrect U.S. Supreme Court Case for Precedent.**

  The defendants, in Reply, quote United States v. Kubrick, 444 U.S. 111 (1979), in an

attempt to buttress their untenable position regarding a statute of limitations defense in the

instant matter. See Reply, pages 1-2, 4. However, clearly the relevant case is Rotella v. Wood,

528 U.S. 529 (2000), because it is on point and much more recent (2000 versus 1979). Several

citations from <u>Rotella,</u> and other cases, were presented in the plaintiff's opposition brief, filed December 7, 2003, in this matter.

 

B.  **<u>The Plaintiff has Evidence of Timely Mailing of Letter of March 15, 2002.</u>**

The defendants assert that, of the multiple letters sent to the agencies listed on the plaintiff's March 15, 2002, letter, the only relevant one is the one claimed to have been allegedly received by the Army, on April 11, 2002. See Reply, footnote 2, page 3. The defendants do not offer any proof that <u>any</u> of the other letters were received by the United States. This may be an oversight by the defendants; or, maybe none of these letters exist in any government file either (referring to the government's claim that none of the May 27, 1998, letters exist, anywhere). A thorough check with the agencies copied on the March 15, 2002, letter, should be initiated by the defendants. Until such time as the government produces said evidence, the plaintiff has attached copies of two certified letter receipts and a return reply card for the court's consideration. These documents show that the plaintiff mailed letters to two of the agencies on March 16, 2002, and the return reply card shows receipt by one of the defendants on March 20, 2002. Exhibits P-4 and P-5.

**III. CONCLUSION**

For the foregoing reasons and those set forth previously, this Court should deny the defendants' Motion to Dismiss.

Respectfully submitted,

Christopher Bakowski, *pro se*

2



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ 34 |
| Certified Fee | 2 10 |
| Return Receipt Fee (Endorsement Required) | 1 50 |
| Restricted Delivery Fee (Endorsement Required) | 3 24 |
| Total Postage & Fees | $ 3 24 |

Sent To
Maj Gen Huffman, Dept of Army
Street, Apt. No.; or PO Box No. Pentagon
City, State, ZIP+4 Wash, DC 20310

PS Form 3800, January 2001    See Reverse for Instructions

7001 2510 0004 7224 3091

PLAINTIFF
EXHIBIT
P-4

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of Gen Counsel
DCAA
8725 J. Kingman Rd
Suite 2135.
Fort Belvoir, VA 22060

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
                                    3/20/02

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service la    7001 2510 0004 7224 3107

PS Form 3811, August 2001          Domestic Return Receipt          102595-01-M-2509



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ 34 |
| Certified Fee | 210 |
| Return Receipt Fee (Endorsement Required) | 150 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 394 |

Postmark Here    STAMFORD CT CPU-2 06905    MAR 16 2002    USPS

Sent To
Office of Gen Counsel, DCAA
Street, Apt. No.; or PO Box No.   8725 J. Kingman Rd Suite 2135
City, State, ZIP+4   Fort Belvoir, VA 22060

PS Form 3800, January 2001                    See Reverse for Instructions

PLAINTIFF
EXHIBIT

P-5

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the within and foregoing was mailed, postage prepaid, via first-class mail this 26th day of December, 2003 to:

William M. Brown, Jr.
Assistant United States Attorney
157 Church Street
New Haven, CT 06510

Christopher Bakowski

3