UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER L. BAKOWSKI, | : Case No.: CIVIL NO. 3:02cv739 (SRU) |
| Plaintiff, | : |
| vs. | : |
| EDWARD E. HUNT, ET AL., | : |
| Defendants | : October 14, 2003 |

### REQUEST FOR LEAVE TO AMEND COMPLAINT

On September 15, 2003, the plaintiff, who appears *pro se* in this matter, attended (via telephone) a motions proceeding in the above-captioned matter. Pursuant to discussions with the Court at said proceeding, the plaintiff now moves the Court to allow the filing of an amended complaint.

Respectfully submitted,

CHRISTOPHER L. BAKOWSKI, PRO SE
335 ROCKY RAPIDS ROAD
STAMFORD, CT 06903

Denied as moot. So ordered.

-1-