CT/cvmhrg (January 10, 2002)

HONORABLE **Stefan Underhill**
DEPUTY CLERK **Montz**   RPTR/ERO/TAPE _____

TOTAL TIME: **1** hours ___ minutes

DATE **2.27.04**   START TIME **5:00**   END TIME **6:00**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:02cv 739 (SRU)**

**Bakowski**
vs.
**Hunt, et al**

Plaintiffs Counsel: **Chris Bakowski**
☐ SEE ATTACHED CALENDAR FOR COUNSEL
Defendants Counsel: **Bill Brown**

## COURTROOM MINUTES - CIVIL (check one box)

- ☑ (mhrgh) Motion Hearing
- ☐ (confmhrg.) Confirmation Hearing
- ☐ (showhrg.) Show Cause Hearing
- ☐ (contmphrg.) Contempt Hearing
- ☐ (evidhrg.) Evidentiary Hearing
- ☐ (jgmdbexam.) Judgment Debtor Exam
- ☐ (pchrg.) Probable Cause Hearing
- ☐ (fairhrg.) Fairness Hearing
- ☐ (stlmthrg.) Settlement Hearing
- ☐ (mischrg.) Miscellaneous Hearing

MOTION DOCUMENT NO.

☑ #36  Motion **to Dismiss**   ☑ granted ☐ denied ☐ advisement

Brief(s) due ___   Proposed Findings due ___   Response due ___

___ Hearing continued until ___ at ___