UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 MAR -2  P 12: 18

US DISTRICT COURT
BRIDGEPORT CT

CHRISTOPHER L. BAKOWSI      :

v                           :                    3:02cv739 (SRU)

BRETT COAKLEY, MIKE DEEGAN
JOHN DOE, JAMES P. GERSTENLAUER,
EDWARD E. HUNT, DEPARTMENT OF
JUSTICE, McCONNON, MITCHELL,
JOSEPH H. ROUSE, UNITED STATES   :
AIR FORCE, UNITED STATES ARMY,
UNITED STATES DEFENSE CONTRACT
AUDIT AGENCY

## JUDGMENT

This matter came on before the Honorable Stephen R. Underhill, United States District Judge, as a result of the defendants' motion to dismiss.

The Court has reviewed all of the papers filed in conjunction with the motion and after oral argument held on February 27, 2004, the Motion to Dismiss was granted in open court.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated a Bridgeport, Connecticut, this 2nd day of March, 2004.

Kevin F. Rowe, Clerk

By _____
Deputy Clerk

Entered on Docket _____