UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER L. BAKOWSKI, | : Case No.: CIVIL NO. 3:02cv739 (SRU) |
| Plaintiff, | : |
| vs. | : |
| EDWARD E. HUNT, ET AL., | : |
| Defendants | : September 11, 2004 |

### REQUEST FOR STATUS CONFERENCE

On March 12, 2004, the plaintiff, who appears *pro se* in this matter, submitted a Motion for Reconsideration (attached) of this Court's Order dated March 2, 2004, granting the defendants' Motion to Dismiss. As stated in the Motion for Reconsideration, a very recent Second Circuit case (Mix v. Delaware and Hudson Railway Company, Inc., 345 F.3d 82 (2nd Cir. 2003) cert. denied, 124 S. Ct. 1423 (2004)) is directly on point and clearly supports the plaintiff's position. Since Mix was published after papers were submitted for a February 27, 2004, hearing, and therefore, was only brought up by the plaintiff at the hearing, it is obvious that the Court, in its consideration of the plaintiff's Rehearing Motion, is weighing this Second Circuit precedent carefully. The plaintiff hereby requests an opportunity to answer any of the questions with which the Court has been wrestling in this matter.

Respectfully submitted,

CHRISTOPHER L. BAKOWSKI, PRO SE
335 ROCKY RAPIDS ROAD
STAMFORD, CT 06903

-1-

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the within and foregoing was mailed, postage prepaid, via first-class mail this 11th day of September, 2004 to:

William M. Brown, Jr.
Assistant United States Attorney
157 Church Street
New Haven, CT 06510

_____
CHRISTOPHER L. BAKOWSKI