# DISTRICT OF CONNECTICUT - BRIDGEPORT
## NOTICE OF APPEAL COVER MEMO

**DATE:** December 9, 2004       **TO:** Intake Clerk

**FROM:** Tasha Simpson   203.579.5657

**FILED**
2004 DEC 17 P 2: 11
U.S. DISTRICT COURT
BRIDGEPORT, CONN

**CASE TITLE:** Bakowski v. Hunt, et al

**DOCKET NO.:** 3:02 cv 739 (SRU)

**NOTICE OF APPEAL:** filed: December 8, 2004

**APPEAL FROM:**  final judgment: ✓

interlocutory: __

other: __

**DOCKET SHEET:** Attorney, updated address & phone number for <u>each</u> party __Y__

All parties are listed on Docket Sheet
(Including Third Parties) __Y__

All docket entries and dates are included __Y__

**FEE STATUS:**   Paid __✓__   Due _____   N/A _____

IFP revoked _____   Application Attached _____

IFP pending before district judge ____

**COUNSEL:**   CJA _____   Retained _____   Pro Se __✓__

**TIME STATUS:**   Timely _____   Out of Time __✓__

**MOTION FOR
EXTENSION OF TIME:** Granted _____   Denied _____

**COA:**   Granted _____   Denied _____

**COMMENTS AND CORRECTIONS:**
RECORD ATTACHED

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _Stanley A. Wade_   DATE: 12/14/04
DEPUTY CLERK, USCA

USCA No. _____ .