FILED

**UNITED STATES DISTRICT COURT**

2004 DEC 27 P 1:48

**DISTRICT OF CONNECTICUT**

U.S. DISTRICT COURT
NEW HAVEN, CT

Dist. of Connecticut
02-cv-739
Underhill

Bakowski

VS.

CV. NO. 3:02 cv 739 (SRU)

USCA NO.

Hunt, et al

### INDEX TO THE RECORD ON APPEAL

I HEREBY CERTIFY RECEIPT OF THE ORIGINAL COPY OF DOCKET ENTRIES, JUDGMENT AND ONE VOLUMES OF ORIGINAL RECORD.

DATE: SB 12.21.04

Roseann B. MacKechnie
CLERK, U.S.C.A. 2nd Cir.

04-1644-cv